WILSON, CURATOR, &c., *vs.* PROCTOR.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

Where a person is sued on an obligation and admits it, but pleads a deduction of the price of the object for which it was given, and fails to produce any evidence in support of his plea, and appeals, the appeal will be considered as taken for delay, and the judgment will be affirmed against him, with ten per cent. damages, and costs.

The plaintiff, as curator of the vacant estate of James Duffy, deceased, caused a certain slave belonging to said estate, to be sold at probate sale, at which the defendant became the purchaser, and gave his check on the Mechanicks' and Traders' Bank for four hundred and eighty dollars, in part payment of the price. Afterwards, and before the check was presented, he went to the bank and countermanded payment. The plaintiff, in his capacity of curator, &c., instituted suit on the check against Proctor for its amount, with interest, and costs of protest.

*Proctor,* in his answer, admitted that he gave the check for the object stated in the plaintiff's petition, and countermanded the payment of it at the bank. He alleges that the slave was not such as had been represented, and that he was afflicted with a redhibitory disease in the neck, by which his value was greatly diminished, and for which he claims a deduction of three hundred dollars, from the original price, and sets it up in his answer as a reconventional demand.

On the trial no evidence was adduced by the defendant in support of his plea and demand, and the district judge rendered judgment in favor of the plaintiff for the amount of the check, costs of protest and interest, &c.

The defendant appealed.

On the appeal, the plaintiff and appellee prayed the affirmance of his judgment, with ten per cent. damages, as a frivolous appeal.

EASTERN DIS.
May, 1834.

WILSON, EX'R.
*vs.*
PROCTOR.

Where a person is sued on an obligation and admits it, but pleads a deduction of the price of the object for which it was given, and fails to produce any evidence in support of his plea, and apppeals, the apppeal will be considered as taken for delay, and the judgment will be affirmed against him, with ten per cent. damages and costs.

MARTIN, J., delivered the opinion of the court.

The defendant was sued on a check which he had given to the plaintiff, and which had been protested. On the refusal of payment by the bank, he admitted that he gave the check in part payment of the price of a slave, sold him by the plaintiff, as stated in the petition; but that since the purchase, he had discovered a redhibitory vice in the slave.

There was judgement for the plaintiff, and the defendant appealed.

It does not appear that the defendant adduced a *tittle* of evidence in support of his allegations. The answer admits that he gave the check, and that it was by his directions that payment was refused at the bank.

It is clear that he had no other object but delay in view when he appealed.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with damages at the rate of ten per cent., and that the defendant pay costs in this court.

*Buchanan,* for the plaintiff and appellee.

*Culbertson,* for the defendant and appellant.